Ophir J. Bitton (SBN: 204310)
Lei Wei (SBN: 337624)
BITTON & ASSOCIATES
7220 Melrose Avenue, 2nd Floor
Los Angeles, CA 90046
Tel. No.: (310) 356-1006
Fax No.: (818) 524-1224

Attorneys for Plaintiff,
Peter Uzochukwu

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Jaime Castaneda (SBN 344833)
  castaneda@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, 11th Floor
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER UZOCHUKWU, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; CRAIG A. MENEAR, an individual; and DOES 1 THROUGH 20, inclusive,<br><br>        Defendants. | Case No.: 2:23-cv-2242<br><br>Assigned to Hon. George H. Wu<br>Courtroom: 9D<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Scheduling Conference: May 25, 2023 |

**TO THE HONORABLE COURT:**

PLEASE TAKE NOTICE that the Parties have reached a settlement in this action. The Parties anticipate filing a Stipulation Re Dismissal of Entire Action within 60 days and request the Court vacate the upcoming Scheduling Conference.

456687.1

1

JOINT NOTICE OF SETTLEMENT

| | |
|---|---|
| DATED: May 3, 2023 | BITTON & ASSOCIATES |
| | |
| | _____/s/ Lei Wei_____ |
| | Ophir J. Bitton |
| | Lei Wei |
| | Attorneys for Plaintiff Peter Uzochukwu |
| | |
| DATED: May 3, 2023 | SANCHEZ & AMADOR, LLP |
| | |
| | _____/s/Marytza J. Reyes_____ |
| | Marytza J. Reyes |
| | Jaime Castaneda |
| | Attorneys for Defendant Home Depot U.S.A., Inc. |

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer on whose behalf the filing is submitted, attests that the signatories listed above concur in the filing's content and have authorized the filing.