UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 23-2242-GW-PVCx | Date | May 4, 2023 |
|---|---|---|---|
| Title | *Peter Uzochukwu v. Home Depot USA, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on May 3, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 60 days. The Court sets an order to show re: settlement hearing for July 6, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on July 5, 2023.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |