1  Ophir J. Bitton (SBN: 204310)
   Lei Wei (SBN: 337624)
2  BITTON & ASSOCIATES
   7220 Melrose Avenue, 2nd Floor
3  Los Angeles, CA 90046
   Tel. No.: (310) 356-1006
4  Fax No.: (818) 524-1224

5  Attorneys for Plaintiff Peter Uzochukwu

6  Marytza J. Reyes (SBN 218684)
     reyes@sanchez-amador.com
7  Jaime Castaneda (SBN 344833)
     castaneda@sanchez-amador.com
8  SANCHEZ & AMADOR, LLP
   800 S. Figueroa Street, 11th Floor
9  Los Angeles, California 90017
   (213) 955-7200 Tel
10 (213) 955-7201 Fax

11 Attorneys for Defendant Home Depot U.S.A., Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER UZOCHUKWU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; CRAIG A. MENEAR, an individual; and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-2242<br><br>Assigned to Hon. George H. Wu<br>Courtroom: 9D<br><br>**JOINT STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

456633.1

1

JOINT STIPULATION RE DISMISSAL

**TO THE COURT:**

Plaintiff Peter Uzochukwu and Defendant Home Depot U.S.A., Inc., by and through their counsel, under Federal Rule of Civil Procedure 41(a), jointly move and hereby stipulate to the dismissal of this action with prejudice. This dismissal with prejudice includes the dismissal of all causes of action alleged against defendant Home Depot U.S.A., Inc.

IT IS SO STIPULATED.

DATED: May 2, 2023

BITTON & ASSOCIATES

_____
Ophir J. Bitton
Lei Wei
Attorneys for Plaintiff Peter Uzochukwu

DATED: May 16, 2023

SANCHEZ & AMADOR, LLP

 /s/ Marytza J. Reyes
_____
Marytza J. Reyes
Chase E. Dean
Attorneys for Defendant Home Depot U.S.A., Inc.

456633.1

2

JOINT STIPULATION RE DISMISSAL