JS-6

Ophir J. Bitton (SBN: 204310)
Lei Wei (SBN: 337624)
BITTON & ASSOCIATES
7220 Melrose Avenue, 2nd Floor
Los Angeles, CA 90046
Tel. No.: (310) 356-1006
Fax No.: (818) 524-1224

Attorneys for Plaintiff Peter Uzochukwu

Marytza J. Reyes (SBN 218684)
  reyes@sanchez-amador.com
Jaime Castaneda (SBN 344833)
  castaneda@sanchez-amador.com
SANCHEZ & AMADOR, LLP
800 S. Figueroa Street, 11th Floor
Los Angeles, California 90017
(213) 955-7200 Tel
(213) 955-7201 Fax

Attorneys for Defendant Home Depot U.S.A., Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PETER UZOCHUKWU, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation; CRAIG A. MENEAR, an individual; and DOES 1 THROUGH 20, inclusive,<br><br>Defendants. | Case No.: CV 23-2242-GW-PVCx<br><br>Assigned to Hon. George H. Wu<br>Courtroom: 9D<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

456636.1

[PROPOSED] ORDER RE DISMISSAL OF ENTIRE ACTION

# ORDER

Pursuant to the request filed by the Parties under Federal Rules of Civil Procedure Rule 41 and good cause appearing therefore, the Court orders as follows: The entire action is hereby DISMISSED.

IT IS SO ORDERED.

Dated: May 16, 2023

*George H. Wu* (signature)
Hon. George H. Wu,
United States District Judge